# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:16CR10 |
| | § | |
| GLEN LEE DOBBS, JR. | § | |

### ORDER ADOPTING
### THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on October 16, 2017 in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation on October 16, 2017 (document # 36). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea of guilty. She further recommended that the Court finally adjudge Defendant as guilty of Counts 1- 4 of the Indictment which charges a violation of 18 U.S.C. § 1343, wire fraud. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document # 36) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that the Court finds the Defendant **GUILTY** of Counts 1 - 4 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Counts 1 - 4 of the Indictment.

**SIGNED this 1st day of November, 2017.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE